Charley BUQUO v. STATE. (7 Div. 1.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

BRICKEN, P J. The verdict of the jury found the defendant guilty as charged in the second count of the indictment, the charge being the unlawful possession of a still, etc., to be used for the purpose of manufacturing prohibited liquors. Judgment was accordingly

pronounced upon this verdict, and sentence duly entered. From this judgment, defendant appealed to this court. The record upon which the appeal is predicated is free from error. The judgment of the circuit court stands affirmed. Affirmed.